

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00571-CR

Jose Juan **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR12538
Honorable Frank J. Castro, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 25.2(d).

SIGNED October 17, 2018.

_____
Karen Angelini, Justice